**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00471-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     DONNIE WALDO, JR.,

      Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter has been scheduled for a **four-day** jury trial on the docket of Judge Raymond

P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver,

Colorado to commence on **January 20, 2015 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **December 5, 2014** and responses

to these motions shall be filed by **December 12, 2014**.  It is further

ORDERED that a Trial Preparation Conference is set for **January 15, 2015 at 9:00 a.m.**

in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 21st day of November, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge